# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



**FILED**
CLERK, U.S. DISTRICT COURT

April 21, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VM _____ DEPUTY

## CRIMINAL MINUTES - GENERAL

Case No.   CR 17-200 BRO                              Date   April 21, 2017

Title   United States v. Vallery

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**          ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒   will appear for further proceedings as required if released.

☒   will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒   Allegations in petition

☐   Lack of bail resources

☐   No stable residence or employment

☐   Ties to foreign countries

☐   Previous failure to appear or violations of probation, parole, or release

☒   Nature of previous criminal convictions

☒   Substance abuse

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 17-200 BRO | Date | April 21, 2017 |
|----------|---------------|------|----------------|

| Title | United States v. Vallery |
|-------|--------------------------|

    ☐    Already in custody on state or federal offense

    ☐    Refusal to interview with Pretrial Services

    ☒    Allegations of two DUI / hit and run incidents

☐    Defendant submitted to detention

* * *

    IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.